H3007 (12/17)

| Filer's Name, Address, Phone, email: | UNITED STATES BANKRUPTCY COURT |
|---|---|
| GREG DUNN, #3616<br>Davies Pacific Center<br>841 Bishop Street, Suite 2221<br>Honolulu, Hawaii 96813-3908<br>Telephone: (808) 524-4529<br>Facsimile: (808) 528-4797<br>e-mail: greg.dunn4@hawaiiantel.net | DISTRICT OF HAWAII<br> |

Debtor(s): *[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Newton Karl Hanalei Akiona, aka Hanalei Akiona
and Sharon Kahalaomapuana Littlejohn-Akiona

| Address:<br><br>45-836 Halemuku Street<br>Kaneohe, HI 96744<br><br>Last 4 digits of SSN/ITN: 6194<br>Employer's Tax ID (EIN) No. *(if any)*: | Case No.: 19-00742<br>Chapter: 13<br>Hearing Date: Sept. 12, 2019<br>Time: 9:30 a.m.<br>Response due *[7 days before hearing date]*:<br>Sept. 5, 2019 |
|---|---|

## OBJECTION TO CLAIM NO. 3

Objecting Party: Sharon Kahalaomapuana Littlejohn-Akiona

**NOTICE OF OBJECTION TO CLAIM** (Official Form 420B)

To *[Claimant name/address]*:

Navient Solutions, LLC on behalf of:
Educational Credit Management Corporation (ECMC)
P.O. Box 16408
St. Paul, MN 55116-0478

An objection to your claim is being filed in this bankruptcy case. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **7 days** before the hearing date, you or your lawyer must file with the court a written response to the objection, explaining your position, at the United States Bankruptcy Court, District of Hawaii, 1132 Bishop Street, Suite 250, Honolulu, HI 96813.

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. You must also send a copy to the objecting party at the filer's address noted above.

Attend the hearing on the objection, scheduled to be held on the date and time indicated above.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may cancel the hearing. If the hearing is canceled, the court may reduce, modify, or eliminate your claim if the objecting party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the objecting party wishes to proceed with a hearing in the absence of a response, the objecting party may file a request for the matter to remain on calendar.

H3007 (12/17)

# OBJECTION TO CLAIM NO. __3__

Claimant name:

| Column A. Amounts asserted in proof of claim: | | Column B. Objecting party asserts claim should be: | |
|---|---|---|---|
| Total amount of claim:<br>(*Proof of claim – Box 7*) | $80,759.45 | Total amount of claim: | $25,212.00 |
| Amount of claim that is secured:<br>(*Proof of claim – Box 9*) | 0 | Amount of claim that is secured: | 0 |
| Amount of claim that is unsecured:<br>(*Proof of claim – Box 7 less Box 9*) | $80,759.45 | Amount of claim that is unsecured: | $25,212.00 |
| Unsecured amount entitled to priority: (*Proof of claim – Box 12*) | 0 | Unsecured amount entitled to priority under 11 U.S.C. § 507(a): | 0 |

The Objecting Party objects to this claim as filed and that the claim should be treated as described in Column B above or as described below, for the following reason(s). *[Attach additional pages, declarations, or exhibits as necessary.]*

☐ Disallowed in its entirety.

☑ Treated as follows:

The Claim should be reduced to $25,212.00. The Debtor successfully completed a Chapter 13 case in 2017 receiving a Chapter 13 Discharge on March 13, 2017 under Bankruptcy Case No. 11-01036. At the time of the Debtor's completion of her Chapter 13 case on March 13, 2017, she had an outstanding balance of $23,845.41 with Claimant Educational Credit Management Corporation. In addition, because there have been multiple servicers of the educational loan the Claimant lacks standing or should be compelled to provide proof of standing to assert the claim. If no standing is established, the claim should be disallowed in its entirety.

Date: July 29, 2019

/s/ GREG DUNN
*[Print name and sign]*