H9013-3B (3/16)

Filer's Name, Address, Phone, email:
MICHAEL A. YOSHIDA 2559-0
may@hawaiilawyer.com
MATTHEW T. EVANS 9002-0
mte@hawaiilawyer.com
ROSS UEHARA-TILTON 10743-0
rut@hawaiilawyer.com
DAMON KEY LEONG KUPCHAK HASTERT
1003 Bishop Street, Suite 1600, Honolulu, HI 96813
Phone: (808) 531-8031 | Fax: (808) 533-2242
Attorneys for Creditor, ASCENDIUM EDUCATION SOLUTIONS



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

Debtor(s): NEWTON KARL HANALEI AKIONA and SHARON KAHALAOMAPUANA LITTLEJOHN-AKIONA

Case No.: 19-00742

Related Docket No.: 22

## CERTIFICATE OF SERVICE

Document(s) served:
CREDITOR ASCENDIUM EDUCATION SOLUTIONS' RESPONSE TO OBJECTION TO CLAIM

Date served: 09/05/2019

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>   Email address if served via ECF or<br>   Fax number if served by fax | Gregory T. Dunn on behalf of Debtor Newton Karl Hanalei Akiona and Joint Debtor Sharon Kahalaomapuana Littlejohn-Akiona<br>greg.dunn4@hawaiiantel.net (ECF) | Howard M.S. Hu, Trustee<br>Ch13mail@aol.com,<br>hhu1h13@ecf.epiqsystems.com (ECF) |
|---|---|---|
| Zachary K. Kondo on behalf of Creditor Rushmore Loan Management Services, LLC<br>ecfhib@aldridgepite.com,<br>zkk@ecf.courtdrive.com (ECF) | Office of the U.S. Trustee.<br>ustpregion15.hi.ecf@usdoj.gov (ECF) | |
| | | |

Dated: 09/06/2019

/s/ ROSS UEHARA-TILTON
[*Print name and sign*]