| | |
|---|---|
| H9013-3B (3/16)<br>Filer's Name, Address, Phone, email:<br>MICHAEL A. YOSHIDA 2559-0<br>may@hawaiilawyer.com<br>MATTHEW T. EVANS 9002-0<br>mte@hawaiilawyer.com<br>ROSS UEHARA-TILTON 10743-0<br>rut@hawaiilawyer.com<br>DAMON KEY LEONG KUPCHAK HASTERT<br>1003 Bishop Street, Suite 1600, Honolulu, HI 96813<br>Phone: (808) 531-8031 l Fax: (808) 533-2242<br>Attorneys for Creditor, ASCENDIUM EDUCATION SOLUTIONS |  |

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF HAWAII
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): NEWTON KARL HANALEI AKIONA and SHARON KAHALAOMAPUANA LITTLEJOHN-AKIONA | Case No.: 19-00742<br>Related Docket No.: 22 |
|---|---|

## CERTIFICATE OF SERVICE

| Document(s) served:<br>CREDITOR ASCENDIUM EDUCATION SOLUTIONS' RESPONSE TO OBJECTION TO CLAIM | Date served:<br>09/06/2019 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Gateway One Lending & Finance<br>175 North Riverview Drive<br>Anaheim, CA 92808 | ECMC<br>c/o Navient Solutions, LLC<br>P.O. Box 16408<br>St. Paul, MN 55116-0478 |
|---|---|---|
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Portfolio Recovery Associates, LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | AT&T Mobility II LLC<br>c/o AT&T Services Inc.<br>Attn: Karen A. Cavagnaro<br>One AT&T Way, Suite 3A104<br>Bedminster, NJ 07921 |
| Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Citibank, N.A.<br>701 E 60th St N<br>Sioux Falls SD 57117 | Synchrony Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 |

Dated:

09/06/2019

/s/ ROSS UEHARA-TILTON
    *[Print name and sign]*