Date Signed:
March 12, 2020



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>NEWTON KARL HANALEI AKIONA and SHARON KAHALAOMAPUANA LITTLEJOHN-AKIONA,<br><br>Debtors. | CASE NO. 19-00742<br>(Chapter 13)<br><br>**ORDER GRANTING EX PARTE MOTION FOR LEAVE TO FILE SURRESPONSE** |

**ORDER GRANTING EX PARTE
MOTION FOR LEAVE TO FILE SURRESPONSE**

Upon consideration of Creditor ASCENDIUM EDUCATION SOLUTIONS, INC.'s Ex Parte Motion for Leave to File Surresponse filed March 11, 2020 ("Motion"), the Declaration of Ross Uehara-Tilton, attachments and exhibits, and records and files in this case, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is GRANTED.

495607

2. Notice and hearing are waived.

3. Creditor ASCENDIUM EDUCATION SOLUTIONS, INC. is granted leave to file a surresponse to the Debtors' Objection to Claim No. 1.

4. The surresponse shall be filed by **March 13, 2020**.

**END OF ORDER**